# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *   *
MARK V. NOFFKE,               *
                              *
              Plaintiff,      *
      v.                      *
                              *   No. 14-106T
UNITED STATES,                *   Filed:  December 27, 2016
                              *
              Defendant.      *
* * * * * * * * * * * * * *   *
```

## O R D E R

On December 13, 2016, the court issued an opinion in the above captioned case granting defendant's counterclaim. On December 20, 2016, the parties filed a joint stipulation reflecting the amount plaintiff owes the government. Consistent with the parties' joint stipulation, the Clerk of the Court shall enter **JUDGMENT** in the above-captioned case in favor of defendant in the amount of $576,532.81, plus interest.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
    **Judge**